IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETEVILLE DIVISION

**PHILLIP CALLAHAN**                                                             **PLAINTIFF**

V.                             **CASE NO. 5:25-CV-5258**

**OZARK SURGICAL; DR. HOUDAT;**
**JANE DOE; and JOHN DOE**                                       **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted or, alternatively, for lack of subject-matter jurisdiction.

**IT IS SO ORDERED** on this 24th day of February, 2026.

                                                                            */s/ Timothy L. Brooks*
                                                                            TIMOTHY L. BROOKS
                                                                            CHIEF UNITED STATES DISTRICT JUDGE